500 Pa. 532 (1983)
458 A.2d 939
Patrick A. McDEVITT, Appellant,
v.
COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF TRAFFIC SAFETY.
Supreme Court of Pennsylvania.
Argued April 18, 1983.
Decided April 27, 1983.
Martin J. King, Newtown, for appellant.
Harold Cramer, Asst. Counsel, Ward T. Williams, Chief Counsel, Harrisburg, for appellee.
Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

*533 ORDER
PER CURIAM:
Order affirmed.